IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| SAMUEL CARDWELL, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:16-cv-50327 |
| ) | |
| v. ) | |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, d/b/a AMTRAK, and ) | |
| BNSF RAILWAY COMPANY, ) | |
| a Corporation ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the within matter may be marked "settled and dismissed with prejudice, each party to bear its own costs" and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

The Court retains jurisdiction to enforce the settlement.

IT IS SO ORDERED

_____
JUDGE IAIN D. JOHNSTON

APPROVED:

/s/Patrick J. Harrington          /s/Susan K. Laing (w/consent)
Patrick J. Harrington              Susan K. Laing
*Attorney for Plaintiff*           *Attorney for Defendants*