IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
ROCKFORD  DIVISION

SAMUEL CARDWELL,                          )
                                          )
            Plaintiff,                    )          Case No. 3:16-cv-50327
                                          )
v.                                        )
                                          )
NATIONAL RAILROAD PASSENGER               )
CORPORATION, d/b/a AMTRAK, and            )
BNSF RAILWAY COMPANY,                     )
a Corporation                             )
                                          )
            Defendants.                   )

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the within matter may be marked "settled and dismissed with prejudice, each party to bear its own costs" and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.


IT IS SO ORDERED


_____
JUDGE IAIN D. JOHNSTON


APPROVED:

/s/Patrick J. Harrington                  /s/Susan K. Laing (w/consent)
Patrick J. Harrington                     Susan K. Laing
*Attorney for Plaintiff*                  *Attorney for Defendants*